UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

SEP 1 5 2020

------------------------------------x

SCHNEIDER et al.,

                 Plaintiffs,

-against-

AL QAEDA ISLAMIC et al.,

                 Defendants.

------------------------------------x

ORDER

02 Civ. 7209 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On February 5, 2020, the Ashton and Schneider Plaintiffs moved this Court to issue, *inter alia*, (1) solatium damages to the families of certain decedents, (2) pain and suffering awards to the estates of certain decedents. (02 Civ. 7209, ECF No. 44.) Plaintiffs' proposed order of final judgment attaches Exhibit A, which lists immediate family members to decedents who have moved this Court to grant to them solatium damages.

Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.)

The following individuals appear not to be eligible for recovery because they are not named Plaintiffs to this case: (1) Gladys Rodriguez, (2) Gladys Mendez-Rodriguez, (3) Gerard Baptiste, (4) Debora Ann Crisman, (5) Jonathan Connors, (6) James Connors, (7) Sabrina Dimino, (8) Gigi Dimino-Eber, (9) Amber Salcedo, (10) Kalya Salcedo, (11) Markos Salcedo, (12) Melody Ann

Salcedo, (13) Rachel Schneider, (14) Jake Schneider, and (15) Sophie Schneider each appear not to be eligible for recovery because they are not named plaintiffs to the case. The plaintiffs are therefore directed to either (1) file a Notice of Amendment, adding these individuals as plaintiffs to the case, or (2) if either individual is in fact a named plaintiff, identify with specificity where her name can be found on the docket, in the Complaint, or in the Notice of Amendment.

Additionally, Plaintiffs list (1) Gladys Mendez-Rodriguez, (2) Olga Mendez, (3) Juan Mendez, and (4) Gary Baptiste as half-siblings to decedents. Requests for damages for step relatives must be presented to this Court, along with sworn declarations, pursuant to the framework set forth in Hoglan I, (03 MDL 1570, ECF No. 3363), and later adopted by Hoglan II, (03 MDL 1570, ECF No. 3384).

Finally, Daniel Crisman, listed as a decedent in this case, is not identified by name on either the 9/11 multidistrict litigation docket or the member case docket. Because this Court cannot identify whether Mr. Crisman is represented by a plaintiff in this case, Plaintiffs are hereby directed to file an amended exhibit indicating the name of the individual plaintiff—who must be identified by name on the docket—representing Mr. Crisman.

Plaintiffs should take these steps and submit a letter apprising this Court of the individual's respective statuses no later than Tuesday, September 22, 2020.

Dated: September 15, 2020
   New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge