UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  SEP 2 3 2020
```

------------------------------------- x

SCHNEIDER et al.,

                          Plaintiffs,

-against-

AL QAEDA ISLAMIC et al.,

                          Defendants.

------------------------------------- x

ORDER OF FINAL JUDGMENT

02 Civ. 7209 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On February 5, 2020, the Ashton and Schneider Plaintiffs moved this Court to issue, *inter alia*, solatium damages to the families of certain decedents. (ECF No. 44.)[1] Plaintiffs' proposed order of final judgment attaches Exhibit A, which lists immediate family members to decedents who have moved this Court to grant to them solatium damages.

On September 15, 2020, this Court issued an Order indicating that certain individuals did not appear to be eligible for recovery because they are not named as Plaintiffs to this case. (ECF No. 51.) This Court directed Plaintiffs to file a letter or Notice of Amendment, updating the docket to include these individuals as Plaintiffs. (*Id.*) Plaintiffs subsequently filed a Notice of Amendment. (ECF No. 52.) This Court still, however, has been unable to identify Gerard Baptiste (Father to Gerard Baptiste) or Gladys Rodriguez (Mother to Gerard Baptiste).

Additionally, and as this Court noted in its prior Order, (ECF No. 51), Plaintiffs list (1) Gladys Mendez-Rodriguez, (2) Olga Mendez, (3) Juan Mendez, and (4) Gary Baptiste as half-siblings to decedents. Requests for damages for step relatives must be presented to this Court, along with sworn

---

[1] Except where specifically indicated otherwise, all citations included herein refer to documents filed in *Schneider et al. v. Al Qaeda Islamic et al.*, 02 Civ. 7209 (GBD) (SN).

declarations, pursuant to the framework set forth in *Hoglan I*, (03 MDL 1570, ECF No. 3363), and later adopted by *Hoglan II*, (03 MDL 1570, ECF No. 3384). Plaintiffs note that they intend to submit further documentation regarding these step-siblings within the next two weeks. (*See* ECF No. 53.) To the extent that they do so, Plaintiffs are hereby GRANTED leave to either (1) renew this motion with regard to any Plaintiffs this Court was unable to identify, or (2) file a new motion for any additional Plaintiffs.

Therefore, upon consideration of the evidence and arguments submitted by certain of the *Schneider* Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran ("Iran") entered on August 31, 2015, together with the entire record in this case and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* 03 MDL 1570, ECF Nos. 3226, 3229), it is hereby:

ORDERED that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is

ORDERED that final judgment is entered on behalf of certain Plaintiffs in *Schneider et al v. Islamic Republic of Iran et al.*, 02 Civ. 7209 (GBD) (SN) (identified in the attached Exhibit A as *Schneider* Plaintiffs) against Iran; and it is

ORDERED that the *Schneider* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is

ORDERED that other *Schneider* Plaintiffs not listed in Exhibit A may continue to submit applications for similar relief in subsequent stages; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages consistent with the facts and circumstances of each individual Plaintiff as set forth on Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings may by this Court on this issue; and it is

ORDERED that the remaining *Schneider* Plaintiffs note appearing on Exhibit A may submit in later stages applications for damage awards, and to the extent they are for solatium or by estates for compensatory damages for decedent's pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Consistent with this order, the Clerk of Court is directed to close the motion at 02 Civ. 7209, ECF No. 44 accordingly.


Dated: September 23, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

SOLATIUM DADMAGES

| DECEDENT FIRST NAME | DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|
| Daniel | Crisman | Debora Ann | Crisman | Mother | $8,500,000.00 |
| Jonathan | Connors | Susan | Connors | Wife | $12,500,000.00 |
| Jonathan | Connors | Jonathan | Connors | Son | $8,500,000.00 |
| Jonathan | Connors | James | Connors | Son | $8,500,000.00 |
| Stephen | Dimino | Nancy | Dimino | Wife | $12,500,000.00 |
| Stephen | Dimino | Sabrina | Dimino | Daughter | $8,500,000.00 |
| Stephen | Dimino | Gigi | Dimino-Ebert | Sister | $4,250,000.00 |
| Esmerlin | Salcedo | Matilde | Salcedo | Wife | $12,500,000.00 |
| Esmerlin | Salcedo | Amber | Salcedo | Daughter | $8,500,000.00 |
| Esmerlin | Salcedo | Kayla | Salcedo | Daughter | $8,500,000.00 |
| Esmerlin | Salcedo | Markos | Salcedo | Son | $8,500,000.00 |
| Esmerlin | Salcedo | Melody Ann | Salcedo | Daughter | $8,500,000.00 |
| Ian | Schneider | Cheryl | Schneider | Wife | $12,500,000.00 |
| Ian | Schneider | Rachel | Schneider | Daughter | $8,500,000.00 |
| Ian | Schneider | Jake | Schneider | Son | $8,500,000.00 |
| Ian | Schneider | Sophie | Schneider | Daughter | $8,500,000.00 |