UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Schneider, et al. v. al Qaeda Islamic,* 02-cv-7209 (GBD)(SN)

### [PROPOSED] ORDER AWARDING TREBLE DAMAGES & PREJUDGMENT INTEREST AND FINAL JUDGMENTS AGAINST THE ISLAMIC REPUBLIC OF IRAN TO THE *DIMINO* PLAINTIFFS

Upon consideration of the evidence and arguments submitted by Nancy Dimino, individually as spouse, and as Personal Representatives of the Estate of Stephen Dimino, deceased, and Sabrina Dimino, individually as surviving child of Stephen Dimino (hereinafter referred to as the "*Dimino* Plaintiffs") as against the Islamic Republic of Iran "Iran"), together with the entire record in this case, and in addition to the prior partial default judgment awards for compensatory damages and treble damages for the deaths of the decedent Stephen Dimino, issued by this Court, it is hereby;

**ORDERED** that the prior, partial default judgments entered on behalf of the *Dimino* Plaintiffs: widow and child within the Estate of Stephen Dimino, and the Estate itself: Estate of Stephen Dimino (*see* 02-cv-7209 ECF#54), are hereby supplemented; and it is further

**ORDERED** that treble damages are hereby awarded to the *Dimino* Plaintiffs, as identified within attached chart, against Defendant Iran, in the amounts described therein, since this Court has previously ruled that Defendants Iran is subject to treble damage awards on the compensatory awards issued by the Court to wrongful death plaintiffs; and it is further

**ORDERED** that pre-judgment interest on those awards is to be calculated at the rate of

4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of the final Judgment; and it is further

**ORDERED** that the *Ashton* Plaintiffs not appearing within the chart, who were not previously awarded compensatory damages or treble damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court to enter a final Judgment against the Defendant, Islamic Republic of Iran, certified as final pursuant to Fed. R. Civ. P. 54(b).

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. 10339.*

Dated: New York, New York
      September __, 2024

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

2

**List of *Dimino* Plaintiffs (Compensatory Awards + Treble Damages +Pre-Judgment Interest)**

| *Ashton-Dickey* Plaintiff | Pain & Suffering | Economic | Solatium | Total Compensatory | Treble Damages (Total Damages Before Award of Interest) | Interest Calculations (Pre-Judgment Interest at the rate of 4.96% from 9/11/2001) |
|---|---|---|---|---|---|---|
| Estate of Stephen Dimino | $2,000,000 | $17,200,000 | | $19,200,000 | $57,600,000 | |
| Nancy Dimino | | | $12,500,000 | $12,500,000 | $37,500,000 | |
| Sabrina Dimino | | | $8,500,000 | $8,500,000 | $25,500,000 | |