# EXHIBIT A

| Name of Deceased Plaintiff Member | Name of Substitute Party | Capacity of Substitute Party | State of Residency | Name of 9/11 Decedent | Relationship to Decedent | ECF Filing |
|---|---|---|---|---|---|---|
| | | | | | | |
| Connors, Susan | Connors, Jonathan T. | Executor | NY | Connors, Jonathan M. | Son | 02 Cv 7209, ECF 1<br>02 Cv 7209, ECF 54 |
| Connors, Susan, as Executor of Estate of Jonathan M. Connors | Connors, Jonathan T. | Executor | NY | Connors, Jonathan M. | Son | 02 Cv 7209, ECF 1<br>02 Cv 7209, ECF 54 |
| | | | | | | |