```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2026
```

# LAW OFFICE OF JOHN F. SCHUTTY

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

March 5, 2026                                                           Via ECF

Honorable George B. Daniels, U.S. District Court Judge
Honorable Sarah Netburn, U.S. District Court Magistrate Judge

Re:   *In re Terrorist Attacks on September 11, 2001,*
      MDL No. 03-MDL-1570 (GBD) (SN)
      *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (and member
      cases *Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN) and
      *Schneider, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)
      *Ashton* Requests for Rule 54(b) Certifications to Past Awards

Your Honors:

I write in response to the Report and Recommendation (R&R) & Appendix (MDL ECF #11824) issued March 3, 2026, by Magistrate Judge Sarah Netburn.

We have noted upon a review of the R&R's Appendix that the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs were not included within the Appendix as parties seeking Rule 54(b) certifications; these plaintiffs also seek to obtain "finality" to their "partial final judgments" against the Islamic Republic of Iran since a proper and timely request was made for such inclusion within "the list" on February 24, 2026 (MDL ECF ##11803, 11803-1 and 11803-2).

I am attaching as Exhibits what was filed by these Plaintiffs who requested inclusion to "the list" on February 24, nearly a week before the R&R was issued.

Since we believe that this was a mere oversight, we are asking the Magistrate Judge to

---

The Court will consider counsel's timely request to add these Iran Judgments, see ECF No. 11803, to the Appendix of the R&R, ECF No. 11824. To maintain a clear record for the Clerk of Court, the Court directs counsel to file the appropriate requests to the Clerk for registration of these additional Iran Judgments in another judicial district. See, e.g., ECF No. 11794.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 5, 2026
       New York, New York