# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

March 5, 2026                                                             **Via ECF**

Honorable George B. Daniels, U.S. District Court Judge
Honorable Sarah Netburn, U.S. District Court Magistrate Judge

> Re:   *In re Terrorist Attacks on September 11, 2001,*
>       MDL No. 03-MDL-1570 (GBD) (SN)
>       *Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)
>       <u>*Ashton* Requests for Rule 54(b) Certifications to Past Awards</u>

Your Honors:

Further to my letter earlier today (MDL ECF #11841) and the resulting memo endorsement (MDL ECF #11842) issued moments ago.

I write to clarify that the *Ashton-Burlingame* and *Ashton Schneider* Plaintiffs wish to be included within the Appendix to the Magistrate Judge's March 3 Report & Recommendation as parties seeking Rule 54(b) certifications *without seeking judgment registration through the Clerk of Court and the issuance of an AO 451*. These plaintiffs seek to obtain "finality" to their "partial final judgments" against the Islamic Republic of Iran.

*Please ensure that the clients referred to in the attachments are part of the broad Rule 54(b) certification Order that may be issued to other plaintiffs (that were submitted to the Court with the letter of Mr. John Eubanks dated February 20, 2026 (MDL ECF #11800)).*

Sincerely yours,

*John F. Schutty*